# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2508

_____

| | | |
|---|---|---|
| Oleta M. Carter, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Rebecca Johnston; Jack Scarbrough; | * | Western District of Arkansas. |
| William (Bill) Abels; MWR Canteen; | * | |
| Army National Guards at Camp | * | [UNPUBLISHED] |
| Roberson, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 3, 2000
Filed: November 24, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Oleta Carter appeals from the district court's[1] dismissal of her employment-discrimination action and denial of her motion to reconsider. Upon de novo review, see Ring v. First Interstate Mortg., Inc., 984 F.2d 924, 926 (8th Cir. 1993), we affirm both rulings for the reasons stated in the district court's orders. See 8th Cir. R. 47B.

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge,United States District Court for the Western District of Arkansas.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.